UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

KOLB RADIOLOGY, PC,

                                                                No. 16 CV 7824-LTS-GWG

               Plaintiff,

     -against-

ORION HEALTHCORP, INC.,

               Defendant.
---------------------------------------------------------x

## ORDER

The parties are hereby directed to file a joint status report by **March 8, 2021**, addressing whether the defendant remains in bankruptcy and whether the case should be dismissed, restored to the active calendar, or continued stayed.  If the case should not be dismissed at this time, the parties must file a status report by September 1, 2021, and each March 1 and September 1 thereafter.

     SO ORDERED.

Dated: New York, New York
       February 23, 2021

                                                   /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge